UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Michael Cummings

    v.                                    No. 06-fp-147

NH Department of Corrections, Commissioner, et al.

**O R D E R**

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $5.20 is due no later than June 20, 2006.  In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the New Hampshire State Prison when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for in forma pauperis has been granted.

This case has been assigned civil number 06-cv-147-JD.

**SO ORDERED.**

                                            _/s/ James R. Muirhead_
                                            James R. Muirhead
                                            United States Magistrate Judge

Date: May 10, 2006

cc:    Michael Cummings, pro se
       Bonnie S. Reed, Financial Administrator
       New Hampshire State Prison, Inmate Accounts