UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Michael Cummings

        v.                              Civil No. 06-cv-147-JD

NH Department of Corrections, Commissioner, et al.


### O R D E R

On August 1, 2006, an Endorsed Order was issued by Magistrate Judge James R. Muirhead ordering the plaintiff to file an updated custodial certificate within 15 days.  This order was mailed to Mr. Cummings at his last known address, the New Hampshire State Prison.  On August 4, 2006, this order was returned to the U. S. District Court.  A Clerk's Office employee contacted the Prison to see if Mr. Cummings was still incarcerated and was notified that he was paroled on July 20, 2006.

Pursuant to Local Rule 83.6(e), a pro se party is under a continuing duty to notify the clerk's office of any change of address.  In that Mr. Cummings has not kept the court apprised of his current address, this case is dismissed without prejudice.

SO ORDERED.


August 9, 2006                    /s/ Joseph A. DiClerico, Jr.
                                      Joseph A. DiClerico, Jr.
                                      United States District Judge


cc:     Michael Cummings, pro se